UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SANCHEZ, | No. 2:21-cv-0478 DB P |
| Petitioner, | |
| v. | ORDER |
| JIM ROBERTSON, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed a motion for stay and abeyance. Petitioner has not paid the filing fee or submitted a request to proceed in forma pauperis. In his motion for stay and abeyance, petitioner challenges a conviction issued by the Kern County Superior Court. (ECF No. 1 at 2, 4.) Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's motion for stay and abeyance.

////

////

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's motion for stay and abeyance (ECF No. 1);

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  March 22, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Order/Prisoner/Habeas/sanc0478.109