# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JIM ROBERTSON,<br><br>    Respondent. | Case No.: 1:21-cv-00480-JLT (HC)<br><br>ORDER DIRECTING PETITIONER TO FILE PETITION FOR WRIT OF HABEAS CORPUS<br><br>[THIRTY-DAY DEADLINE] |

On March 16, 2021, Petitioner filed a motion for stay and abeyance (Doc. 1), but he has not filed a petition for writ of habeas corpus. Accordingly, the Court directs Petitioner to file a petition for writ of habeas corpus pursuant to Rule 2 of the Rules Governing Section 2254 Cases prior to consideration of the motion for stay. Accordingly, the Court ORDERS:

1) Petitioner is GRANTED thirty days from the date of service of this order to file a petition for writ of habeas corpus; and

2) The Clerk of the Court is DIRECTED to send Petitioner a blank form petition for petitioners filing pursuant to 28 U.S.C. § 2254.

///

///

///

1

Petitioner is forewarned that his failure to comply with this order may result in an Order of Dismissal or a Recommendation that the action be dismissed pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **April 5, 2021**             _ **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE