UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY A. SANCHEZ, | ) | Case No.: 1:21-cv-00480-JLT (HC) |
| Petitioner, | )<br>) | ORDER DIRECTING RESPONDENT TO FILE |
| v. | )<br>) | RESPONSE TO MOTION |
| JIM ROBERTSON, | )<br>) | ORDER DIRECTING CLERK OF COURT TO<br>SERVE DOCUMENTS ON ATTORNEY |
| Respondent. | )<br>) | GENERAL |
| | ) | [THIRTY-DAY DEADLINE] |

On March 16, 2021, Petitioner filed a motion for stay and abeyance (Doc. 1) and filed a petition for writ of habeas corpus on May 3, 2021 (Doc. 8). Accordingly, the Court ORDERS:

1) The Clerk of Court is DIRECTED to serve a copy of the petition for writ of habeas corpus and motion for stay and abeyance on the Attorney General or his or her representative;

2) Respondent is GRANTED thirty days from the date of service of this order to file an opposition or statement of non-opposition to the motion; and

3) In the event Respondent files an opposition, Petitioner is GRANTED thirty days to file a reply.


IT IS SO ORDERED.

Dated: __May 6, 2021__          _____/s/ Jennifer L. Thurston__
                               CHIEF UNITED STATES MAGISTRATE JUDGE